SANFORD L. MICHELMAN (SBN 179702)
TODD H. STITT, ESQ. (SBN 179694)
SAMANTHA A. GAVIN, ESQ. (SBN 307233)
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Ave., 10th Floor
Irvine, CA 92614-6297
Telephone:   714-557-7990
Facsimile:   714-557-7991

Attorneys for RANIF CO. dba INVISIBLE DEFENDER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANIF CO. dba INVISIBLE DEFENDER,<br><br>Plaintiff,<br><br>v.<br><br>PHYSICIAN WELLNESS GROUP, INC., JAREOU HOLDING, LLC, NUVERUS USA, INC., MICHAEL JAREOU, FRANCISCO J. ZANGEROLAME, CURTIS CRUZ, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:20−CV−01729−TLN−KJN<br><br>District Judge:  Hon. Troy L. Nunley<br><br>**JOINT STIPULATION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS; AND ORDER**<br><br>Complaint filed: 7/31/20 |

**IT IS HEREBY STIPULATED AND AGREED TO** by and amongst Plaintiff Ranif Co. dba Invisible Defender ("Plaintiff") and Defendants Physicians Wellness Group Inc. ("PWG"), Jareou Holding, LLC ("Jareou Holding"), Nuverus USA, Inc. ("Nuverus"), Michael Jareou, Francisco J. Zangerolame, and Curtis Cruz (collectively "Defendants") (Plaintiff and Defendants collectively referred to as "the Parties"), through their counsel of record, as follows:

WHEREAS, Plaintiff filed a Complaint on July 31, 2020 in El Dorado County Superior Court of California;

WHEREAS, Defendant Francisco J. Zangerolame filed a notice of removal on August 28, 2020;

WHEREAS, all Defendants joined Mr. Zangerolame's notice of removal;

WHEREAS, Plaintiff served all Defendants and Defendants filed responsive pleadings (i.e. Motions to Dismiss based on, among other applicable grounds, lack of personal jurisdiction pursuant to Fed. R. Civ. Proc. Rule 12(b)(2)) on October 26, 2020;

WHEREAS, Defendants filed a Motion to Transfer Venue on October 27, 2020 to transfer this action to the Northern District of Texas;

WHEREAS, it is represented that the majority of Defendants reside in Texas;

WHEREAS, the Parties have agreed to transfer this action to the United States District Court for the Northern District of Texas, Dallas Division.

THEREFORE, the parties stipulate as follows:

1. To transfer this case pursuant to 28 U.S.C. section 1404(a), to the United States District Court for the Northern District of Texas, Dallas Division.

2. The Clerk of the Eastern District of California is hereby directed to take all steps necessary to effectuate this transfer. Defendants' Motions to Dismiss shall be taken off calendar without prejudice to filing them again in the Northern District of Texas, Dallas Division. If Defendants file their Motions to Dismiss in

the Northern District of Texas, Dallas Division, the Parties are required to meet and confer prior to Defendants filing any responsive pleadings (with the exception of an Answer and/or Counterclaim) in such court.

**IT IS SO STIPULATED**:

Dated: December 3, 2020    **MICHELMAN & ROBINSON, LLP**

By: _____/s/ Samantha A. Gavin_____
SANFORD L. MICHELMAN
TODD H. STITT, ESQ.
SAMANTHA A. GAVIN, ESQ.
Attorneys for Ranif Co. dba Invisible Defender

Dated: December 3, 2020    **BUCHALTER**

By: _____/s/ Alissa Pleau-Fuller_____
KEVIN COLLINS, ESQ.
ALISSA PLEAU-FULLER, ESQ.
Attorneys for Defendants

**ORDER**

Having considered the foregoing stipulation of the Parties, this Court hereby orders that the action entitled *Ranif Co. v. Physician Wellness Group, Inc., et al.* (Case No. 2:20-cv-01729-TLN-KJN) be transferred for all purposes to the U.S. District Court for the Northern District of Texas, Dallas Division.

**IT IS SO ORDERED.**

Dated:  December 3, 2020

_____
Troy L. Nunley
United States District Judge